| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | IN THE UNITED STATES DISTRICT COURT |
| 9 | FOR THE EASTERN DISTRICT OF CALIFORNIA |

DANNY JAMES COHEA,

        Plaintiff,                  No. CIV S-06-2260 GEB KJM P

   vs.

J. SALTER, et al.,

        Defendants.        ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not, however, filed an in forma pauperis affidavit or paid the required filing fee. See 28 U.S.C. §§ 1914(a), 1915(a). Plaintiff will be provided the opportunity either to submit the appropriate affidavit in support of a request to proceed in forma pauperis or to submit the appropriate filing fee.

        In addition, plaintiff has requested the appointment of counsel. The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the

1 | court does not find the required exceptional circumstances.  Plaintiff's request for the
2 | appointment of counsel will therefore be denied.
3 |         In accordance with the above, IT IS HEREBY ORDERED that:
4 |         1. Plaintiff shall submit, within thirty days from the date of this order, an
5 | affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk
6 | of Court, or the appropriate filing fee; plaintiff's failure to comply with this order will result in
7 | the dismissal of this action;
8 |         2. The Clerk of the Court is directed to send plaintiff a new Application to
9 | Proceed In Forma Pauperis By a Prisoner; and
10 |         3. Plaintiff's October 13, 2006 request for the appointment of counsel is denied.
11 | DATED:  October 30, 2006.

_____
U.S. MAGISTRATE JUDGE

/mp
cohe2260.3a+31