IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANNY JAMES COHEA,

        Plaintiff,                       No. CIV S-06-2260 GEB KJM P

    vs.

J. SALTER, et al.,

        Defendants.                 <u>ORDER</u>

_____/

        Plaintiff is a state prison inmate proceeding pro se with a civil rights action under 42 U.S.C. § 1983. On March 7, 2007, this court found service appropriate for defendants Turner, Sims, Salter and Kennedy, but not for defendant Johnson.

        On March 23, 2007, plaintiff filed a motion for an order directing service on defendant Johnson. In the complaint, plaintiff alleged that defendant Johnson filed a falsified rules violation report; that the incident was referred for possible felony prosecution, but that the District Attorney's Office declined to prosecute; and that plaintiff was found not guilty of the rules violation. Complaint at 4-7. Because the allegedly false information was not relied upon to a constitutionally significant degree, the court found that the complaint did not state a claim against defendant Johnson. <u>Paine v. Baker</u>, 595 F.2d 197, 201 (4th Cir. 1979).

/////

1       Accordingly, IT IS HEREBY ORDERED that plaintiff's March 23, 2007 motion for an order directing service on defendant Johnson is denied.

DATED: April 5, 2007.

_____
U.S. MAGISTRATE JUDGE

2
cohe2260.ord