IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANNY JAMES COHEA,

        Plaintiff,                    No. CIV S-06-2260 GEB KJM P

   vs.

J. SALTER, et al.,

        Defendants.         <u>ORDER</u>

_____/

        Plaintiff, a state prisoner, is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.

        By an order filed March 7, 2007, this court ordered plaintiff to complete and return to the court, within thirty days, the USM-285 forms and copies of his complaint which are required to effect service on the defendants. On March 23, 2007, plaintiff submitted the copies of the complaint but failed to submit the correct USM-285 forms.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The Clerk of the Court is directed to send the plaintiff four blank USM-285 forms; and

/////

/////

1

2. Within thirty days, plaintiff shall submit to the court the four completed USM-285 forms required to effect service. Failure to return the copies within the specified time period will result in a recommendation that this action be dismissed.

DATED: April 16, 2007.

_____
U.S. MAGISTRATE JUDGE

/mp
cohe2260.8f

2