IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANNY JAMES COHEA,

    Plaintiff,                   2:06-cv-2260-GEB-KJM-P

  vs.

J. SALTER, et al.,

    Defendants.             <u>ORDER</u>

_____/

        On May 4, 2007, plaintiff filed a request for reconsideration of the magistrate judge's order filed April 6, 2007 denying plaintiff's request to direct service on defendant Johnson.  Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law."  Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

        Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed April 6, 2007, is affirmed.

Dated: August 10, 2007

                                            GARLAND E. BURRELL, JR.
                                            United States District Judge

1