IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANNY JAMES COHEA,

    Plaintiff,                    No. CIV S-06-2260 GEB KJM P

  vs.

J. SALTER, et al.,

    Defendants.              <u>ORDER</u>

                                 /

       Plaintiff has requested an extension of time to file and serve objections to the February 29, 2008 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

       1. Plaintiff's motion for an extension of time (docket no. 29) is granted; and

       2. Plaintiff shall file and serve objections to the February 29, 2008 findings and recommendations on or before April 7, 2008.

DATED: March 31, 2008.

                                                      U.S. MAGISTRATE JUDGE

/mp
cohe2260.36