IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANNY JAMES COHEA,

     Plaintiff,                    No. CIV S-06-2260 GEB KJM P

    vs.

J. SALTER, et al.,

     Defendant.               ORDER

_____/

       Plaintiff, a state inmate proceeding in pro per with a civil rights action, has filed a motion to disqualify the undersigned. Plaintiff has not presented a valid reason supporting his request. See 28 U.S.C. § 455; Litkey v. U.S., 510 U.S. 540, 555 (1994).

       IT IS HEREBY ORDERED that plaintiff's motion to disqualify the undersigned (contained in docket no. 31) is denied.

DATED: May 9, 2008.

_____
U.S. MAGISTRATE JUDGE

2
cohe2260.rec

1