IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANNY JAMES COHEA,

    Plaintiff,                    2:06-cv-2260-GEB-KJM-P

    vs.

J. SALTER, et al.,

    Defendants.          <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On February 29, 2008, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fifteen days. Plaintiff has filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de</u> <u>novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (Docket No. 24), are adopted in full;

2. Insofar as the motion to dismiss (Docket No. 15) is deemed to have been brought on behalf of defendant Salter, it is denied as to the incident of July 10, 2004 and the resulting rules violation report/counseling chrono issued on July 14, 2004; and

3. The motion to dismiss (Docket No. 15) otherwise is granted as to defendant Kennedy and denied as to defendants Turner and Sims.

Dated: May 13, 2008

GARLAND E. BURRELL, JR.
United States District Judge