IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANNY JAMES COHEA,

      Plaintiff,                  No. CIV S-06-2260 GEB KJM P

  vs.

J. SALTER, et al.,

      Defendants.       <u>ORDER</u>

_____/

        The parties have filed motions to vacate the dates established in the scheduling order and to establish new dates for the close of discovery and for filing dispositive motions.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's ex parte motion for an extension of time in which to conduct discovery (docket no. 37) and defendants Sims and Turner's request to issue a new scheduling order (docket no. 40) are granted;

        2. The dates in the court's scheduling order (docket no. 28) are vacated;

        3. The parties are to complete discovery by November 11, 2008 and any motions to compel discovery must be filed by that date; the progress of discovery shall be governed by the court's discovery order (docket no. 27);

/////

1

4. Dispositive motions are due by December 11, 2008; and

5. Dates for filing pretrial statements and pretrial conference will be set, if necessary, following resolution of dispositive motions.

DATED: September 8, 2008.

_____
U.S. MAGISTRATE JUDGE

cohe2260.vsch

2