IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANNY JAMES COHEA,

     Plaintiff,                    No. CIV S-06-2260 GEB KJM P

   vs.

J. SALTER, et al.,

     Defendants.         <u>ORDER</u>

_____/

        Plaintiff has requested an extension of time to file and serve an opposition to defendants' December 11, 2008 motion for summary judgment. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's motion for an extension of time (Docket No. 45) is granted; and

        2. Plaintiff shall file and serve an opposition to defendants' December 11, 2008 motion for summary judgment on or before April 8, 2009. Defendants' reply, if any, shall be filed seven days thereafter.

DATED: January 26, 2009.

                                      U.S. MAGISTRATE JUDGE

/mp
cohe2260.36