IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANNY JAMES COHEA,

    Plaintiff,                      No. CIV S-06-2260 GEB KJM P

   vs.

J. SALTER, et al.,

    Defendants.             <u>ORDER</u>

_____/

       Plaintiff is a prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

       On November 23, 2009, the court ordered the United States Marshal to resume attempts to serve the complaint on defendant Salter. Process directed to defendant Salter was returned unserved because the Marshal was unable to locate Salter. <u>See</u> Docket No. 60. Plaintiff must provide additional information to serve this defendant. Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Calif. Gov't. Code § 6250, et seq., or other means available to plaintiff. If access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

/////

/////

1

1        Accordingly, IT IS HEREBY ORDERED that:

2        1. The Clerk of the Court is directed to send to plaintiff one USM-285 form, along with an instruction sheet and a copy of the complaint filed October 13, 2006; and

        2. Within sixty days from the date of this order, plaintiff shall complete and submit the attached Notice of Submission of Documents to the court, with the following documents:

            a. One completed USM-285 form for defendant Salter; and

            b. Two copies of the endorsed complaint filed October 13, 2006.

DATED: January 15, 2010.

_____
U.S. MAGISTRATE JUDGE

4/kly
cohe2260.8e

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANNY JAMES COHEA,

      Plaintiff,                         No. CIV S-06-2260 GEB KJM P

    vs.

J. SALTER, et al.,                    <u>NOTICE OF SUBMISSION</u>

      Defendants.                    <u>OF DOCUMENTS</u>

_____/

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

      _____ completed summons form

      _____ completed USM-285 forms

      _____ copies of the _____
                          Complaint/Amended Complaint

DATED:

                                        _____
                                        Plaintiff