IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANNY JAMES COHEA,

    Plaintiff,                   No. 2:06-cv-2260 GEB KJN P

    vs.

J. SALTER, et al.,

    Defendants.             <u>ORDER</u>

_____/

        On June 2, 2010, the undersigned ordered the Clerk of the Court to send plaintiff a copy of the Local Rules. On June 10, 2010, plaintiff filed a motion stating that the Clerk sent him copies of only selected Local Rules which are applicable to prisoner cases. Plaintiff requests that the Clerk be ordered to send him the entire set of Local Rules.

        Plaintiff is informed that the Clerk acted appropriately in sending him the Local Rules applicable to prisoner cases. If plaintiff would like a copy of the entire set of Local Rules, he may submit a request to the Clerk of the Court with proper payment.

////

////

////

////

1

1   Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for a complete
2 copy of the Local Rules (Dkt. No. 73) is denied.
3 DATED: June 23, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

co2260.lr