IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANNY JAMES COHEA,

        Plaintiff,                  No. 2: 06-cv-2260 GEB KJN P

   vs.

J. SALTER, et al.,

        Defendants.         ORDER

_____/

       Plaintiff is a state prisoner proceeding without counsel with a civil rights action pursuant to 4 U.S.C. § 1983. Defendant Salter, the only remaining defendant, has not been served. On June 2, 2010, the U.S. Marshal was ordered to serve defendant Salter at an address provided under seal.

       On November 29, 2010, plaintiff filed a request for entry of default as to defendant Salter. The U.S. Marshal has recently informed the court that personal service of defendant Salter will soon be attempted because defendant Salter did not respond to service by mail.

////
////
////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request for entry of default (Dkt. No. 76) is denied without prejudice;

2. Within thirty days of the date of this order, the U.S. Marshal shall inform the court of the status of personal service of defendant Salter; and

3. The Clerk of the Court shall serve a copy of this order on the United States Marshal.

DATED: December 9, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

co2260.ser