IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DANNY JAMES COHEA, | | |
| | Plaintiff, | No. 2: 06-cv-2260 GEB KJN P |
| vs. | | |
| J. SALTER, et al., | | |
| | Defendants. | ORDER TO SHOW CAUSE |
| _____/ | | |

   Plaintiff is a state prisoner proceeding without counsel with a civil rights action pursuant to 42 U.S.C. § 1983.  The remaining defendant is J. Salter.  For the following reasons, plaintiff is ordered to show cause why this action should not be dismissed because defendant Salter cannot be served.

   On November 23, 2009, the U.S. Marshal was ordered to resume attempts to serve defendant Salter.  On December 29, 2009, service was returned unexecuted.  The USM-285 form returned by the U.S. Marshal stated that personal service at a confidential home address on November 30, 2009, was unsuccessful.

   On January 15, 2010, plaintiff was granted sixty days to obtain additional information to serve defendant Salter.  On April 30, 2010, defense counsel was ordered to inquire with the California Department of Corrections and Rehabilitation ("CDCR") regarding defendant

1

1 Salter's address and to provide that address to the court *in camera*. On May 6, 2010, defense
2 counsel filed, under seal, a document containing a private address for defendant Salter. On June
3 2, 2010, the U.S. Marshal was ordered to attempt service of defendant Salter at the address
4 provided by defense counsel on May 6, 2010.

5 On January 6, 2011, service on defendant Salter was again returned unexecuted.
6 The USM-285 form returned by the U.S. Marshal states that no response was received after the
7 form was mailed to the address provided by defense counsel under seal. When personal service
8 was then attempted, the current resident of the address stated that defendant Salter did not live
9 there and he did not know him.

10 Because all attempts at service of defendant Salter have failed, plaintiff is ordered
11 to show cause why this action should not be dismissed.

12 Accordingly, IT IS HEREBY ORDERED that within twenty-one days of the date
13 of this order, plaintiff shall show cause why this action should not be dismissed because
14 defendant Salter cannot be served; and failure to respond to this order will result in a
15 recommendation of dismissal of this action.

16 DATED: January 13, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

co2260.osc

2